# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2014

Robert P. Young, Jr.,
Chief Justice

148997 & (52)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WAYNE COUNTY,
      Respondent-Appellant,

v

AFSCME COUNCIL 25,
      Charging Party-Appellee.
_____/

SC: 148997
COA: 303672
MERC: 10-000024

On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2014

